# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     SUSAN M. BERTOLOTTI           CHAPTER 13

       Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant                                  CASE NO:   1-14-02595-RNO

SUSAN M. BERTOLOTTI

       Respondent(s)

## CERTIFICATION OF DEFAULT

      AND NOW on September 23, 2016, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

      As of September 23, 2016, the Debtor(s) is/are $4192.20 in arrears with a plan payment having last been made on Jun 21, 2016.

      In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

                                                              Respectfully Submitted,
                                                             /s/   Liz Joyce
                                                             for Charles J. DeHart, III, Trustee
                                                             8125 Adams Drive, Suite A
                                                             Hummelstown, PA   17036
                                                             Phone:  (717) 566-6097

Dated: September 23, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SUSAN M. BERTOLOTTI

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

SUSAN M. BERTOLOTTI

CASE NO: 1-14-02595-RNO

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on September 23, 2016.

JAMES H. TURNER, ESQUIRE
4701 NORTH FRONT STREET
HARRISBURG, PA 17110-

SUSAN M. BERTOLOTTI
27 LILAC DRIVE
MECHANICSBURG, PA 17050

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: September 23, 2016