In re:  Case No. 14-02595-RNO
Susan M Bertolotti  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: DDunbar    Page 1 of 2    Date Rcvd: Sep 26, 2016
                  Form ID: pdf010    Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2016.

```
db            +Susan M Bertolotti,   27 Lilac Drive,    Mechanicsburg, PA 17050-3189
4499422       +Americhoice Federal Credit Union,    20 Sporting Green Drive,    Mechanicsburg, PA 17050-2392
4499423       +Asset Acceptance Corp,    c/o Fredric I Weinberg Esq,    21 S 21st Street,
               Philadelphia, PA 19103-3148
4499425        Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
               Camp Hill, PA 17001-8875
4499428        Carlisle Regional Medical Center,    361 Alexander Spring Road,    Carlisle, PA 17015-3661
4499427        Carlisle Regional Medical Center,    c/o Allied Interstate,    3000 Corporate Exchange Drive,
               Columbus, OH 43231-7689
4499429       +Cumberland Valley Counseling,    1200 Walnut Bottom Road,    Suite 311,    Carlisle, PA 17015-7766
4499430        Debra Basehore Wiest, Tax Collector,    269 Woods Drive,    Mechanicsburg, PA 17050-2635
4499436       +EZ Pass,    7631 Derry Street,    Harrisburg, PA 17111-5232
4499437       +EZ Pass,    c/o Penn Credit Corp,    916 S 14th Street,    Harrisburg, PA 17104-3425
4499432       +Eagleville Hospital,    Attn: Patient Billing,    100 Eagleville Road,
               Eagleville, PA 19403-1800
4499433        East Norriton Phys Services,    c/o Mid-Atlantic Credit Corp,    PO Box 388,
               Conshohocken, PA 19428-0388
4499434       +Emergency Care Service of PA,    Akron Billing Center,    2620 Ridgewood Road, Suite 300,
               Akron, OH 44313-3500
4499438        Healthcare Recoveries,    PO Box 34060,    Dept 4391589,    Louisville, KY 40232-4060
4499439       +Holy Spirit Hospital,    205 Grandview Avenue Suite 300,    Camp Hill, PA 17011-1704
4499442        Mazzitti Sullivan,    National Recovery Agency,    PO Box 67015,    Harrisburg, PA 17106-7015
4499443       +Medical Payment Data,    c/o Revenue Collection,    PO Box 2103,    Mechanicsburg, PA 17055-2103
4499444       +Mercy Suburban Radiology,    PO Box 822,    Philadelphia, PA 19105-0822
4685664       +MidFirst Bank,    999 Nortwest Grand Boulevard,    Oklahoma City, OK 73118-6051
4528999       +Midland Credit Management, INC,    as agent for Asset Acceptance LLC,    P.O. Box 2036,
               Warren, MI 48090-2036
4499447       +NJ EZ Pass,    RMCB,    4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-3835
4499446        New Insights,    c/o Tate & Kirlin,    2810 Southapton Road,    Philadelphia, PA 19154-1207
4499448       +Orrstown Bank,    c/o Commercial Acceptance,    PO Box 3268,    Camp Hill, PA 17011-3268
4501461       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
4499452       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
4499451        PNC Bank,    PO Box 6534,    Carol Stream, IL 60197-6534
4555867       +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
4499450        Pinnacle Health Med Svcs,    CBO/PO Box 1286,    Harrisburg, PA 17108-1286
4499455       +Silver Spring Township Authority,    31 E Main Street,    PO Box 1001,
               New Kingstown, PA 17072-1001
4499456       +Silver Spring Twp Authority,    James Smith Dietterick & Connelly,    PO Box 650,
               Hershey, PA 17033-0650
4499457       +Spirit Physician Services,    503 N 21st Street,    Camp Hill, PA 17011-2204
4499458       +Tate & Kirlin Associates,    c/o New Insights,    716 State Street,    Lemoyne, PA 17043-1536
4499459        UHS of Pennsylvania Inc.,    601 Roxbury Road,    Shippensburg, PA 17257-9302
4499462       +White Deer Run,    c/o Collection Specialists,    335 Gordon Drive, PO Box 339,
               Lionville, PA 19353-0339
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4520021        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 26 2016 19:30:29
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
4499424       +E-mail/Text: EBNProcessing@afni.com Sep 26 2016 19:32:08     Bloomingdales,
               c/o Anderson Financial Network,    PO Box 3097,    Bloomington, IL 61702-3097
4499426        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 26 2016 19:31:57     Capital One,
               c/o Asset Acceptance Corp,    PO Box 2036,    Warren, MI 48090-2036
4501611       +E-mail/Text: bankruptcy@cavps.com Sep 26 2016 19:32:12     Cavalry Investments, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4499431       +E-mail/Text: bknotice@erccollections.com Sep 26 2016 19:32:06     Dish Network,
               c/o Enhanced Recovery,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
4499435       +E-mail/Text: memberarfinancialtransactions@express-scripts.com Sep 26 2016 19:31:49
               Express Scripts,    8640 Evans Avenue,    Saint Louis, MO 63134-2903
4499440        E-mail/Text: cio.bncmail@irs.gov Sep 26 2016 19:31:39     IRS,    Centralized Insolvency Org,
               PO Box 7346,    Philadelphia, PA 19101-7346
4499441       +E-mail/Text: ebn@unique-mgmt.com Sep 26 2016 19:32:20     Joseph T Simpson Public Library,
               c/o Unique National Collection,    119 E Maple Street,    Jeffersonville, IN 47130-3439
4499449       +E-mail/Text: schesek@pinnaclehealth.org Sep 26 2016 19:31:49     Pinnacle Health Hospitals,
               PO Box 2353,    Harrisburg, PA 17105-2353
4499453       +E-mail/Text: egssupportservices@egscorp.com Sep 26 2016 19:32:10     Progressive Insurance,
               c/o NCO Financial,    507 Prudential Road,    Horsham, PA 19044-2308
4499461        E-mail/Text: EBNProcessing@afni.com Sep 26 2016 19:32:08     Verizon c/o Afni Inc,
               404 Brock Drive,    PO Box 3097,    Bloomington, IL 61702-3097
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4499445           Michael Priebe,    1342 Old Willow Mill Road
4558506*         +AMERICHOICE FEDERAL CREDIT UNION,    20 SPORTING GREEN DRIVE,    MECHANICSBURG, PA 17050-2392
4499454         ##+Sharon Frankel MD,    1800 Linglestown Road,    Suite 200,    Harrisburg, PA 17110-3343
4499460         ##Verizon Bankruptcy Admin.-East,    PO Box 3037,    Bloomington, IL 61702-3037
                                                                                         TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2016 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James H Turner    on behalf of Debtor Susan M Bertolotti pat@turnerandoconnell.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**SUSAN M. BERTOLOTTI**

    Debtor(s)

**CHARLES J. DEHART, III CHAPTER 13 TRUSTEE**

    Movant(s)

vs.

**SUSAN M. BERTOLOTTI**

    Respondent(s)

Chapter: **13**

Case Number: **1:14-bk-02595-RNO**

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: September 26, 2016

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

MDPA-Dismiss Case.WPT - REV 01/15